# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133986(55)(58)(61)

CARL STONE and NANCY STONE,
      Plaintiffs-Appellees,

v

DAVID A. WILLIAMSON, M.D., JACKSON
RADIOLOGY CONSULTANTS, P.C., and
W.A. FOOTE MEMORIAL HOSPITAL,
      Defendants-Appellants.

_____

SC: 133986
COA: 265048
Jackson CC: 03-001912-NH

On order of the Chief Justice, motions by Roy Waddell, M.D., Citizens for Better Care and Michigan Association for Justice for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk